## Schedule A

| No. | Defendant Name | Country/Region | Business/Mailing Address (as listed online or in public records) | Online Store URL(s) |
|---|---|---|---|---|
| 1 | MUYI TRADE INC. | United States | 3232 UNION ST FLUSHING 11354 NY US | doodmd.com |
| 2 | GRACE LOVE AA INC | United States | 1718 LANCASTER GATE ALLEN 75013 TX US | kuunfn.com |
| 3 | FLA TRADING INC | United States | 1233 S 2ND ST ALHAMBRA 91801 CA US | occohc.com |
| 4 | KCK E-COMMERCE INC | United States | 453 56TH STREER ST BROOKLYN 11220 NY US | riichc.com |
| 5 | JUMON INC | United States | 1759 E 46TH ST BROOKLYN 11234 NY US | roorlr.com |
| 6 | FRIENDSHIP R INC | United States | 2256 FRIENDSHIP ST PHILADELPHIA 19149 PA US | zoozfz.com |
| 7 | CORELIFT INC | United States | 1416 Salem Ct, College Station, TX 77845, United States | nuunfn.com |
| 8 | WOOLIGHY INC | United States | 879 JAMESTOWN AVE UNIT 201 SAN FRANCISCO 94124 CA US | tuunfn.com |
| 9 | QUBUY INC | United States | 3958 FOSSANO CMN FREMONT 94538 CA US | voovmv.com |
| 10 | Guangzhou Fanzheng Trading Co., Ltd | China (PRC) | Shop 252, No. 4194, 283 Tongshalu Road, Tonghe Street, Baiyun District, Guangzhou City | buublb.com |
| 11 | Chen Yihang Convenience Store | China (PRC) | 2256 FRIENDSHIP ST PHILADELPHIA 19149 PA US | zuuzlz.com |